```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO.  2:11-MJ-0327 CKD |
| ) | |
| Plaintiff, ) | ORDER |
| v. ) | |
| STACEY ANNE MABREY, ) | |
| Defendant. ) | |

**ORDER**

The United States' motion to dismiss without prejudice the underlying Unlawful Flight to Avoid Prosecution (UFAP) complaint in the above referenced case, MAG No 2:11-MJ-0327 CKD against defendant STACEY ANNE MABREY is GRANTED.

Dated: February 2, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE